Jeffrey S. FLETCHER, Respondent,

v.

Tracy Lynn FLETCHER, Appellant.

No. WD 48951.

Missouri Court of Appeals, Western District.

Dec. 20, 1994.

Ralph Gregory Gore, Independence, for appellant.

James D. Williamson, Independence, for respondent.

James H. Young, Blue Springs, for guardian ad litem.

Before ULRICH, P.J., and KENNEDY and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from child custody provisions of dissolution decree.

Judgment affirmed. Rule 84.16(b).